IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAKINA BASKERVILLE, et al.  :

    Plaintiffs  :

v.  :  Civil Action No.: AMD 00-147

THE UNITED STATES OF AMERICA  :

    Defendant

**ORDER**

UPON CONSIDERATION of the parties Joint Motion to Revise Scheduling Order, it is this 5th day of May, 2000 hereby

**ORDERED** that the Scheduling Order of this Court be revised as follows:

| | |
|---|---|
| Joint request for early settlement/ADR conference (this request will not postpone discovery unless otherwise ordered) | June 12, 2000 |
| Report re deposition hours | June 12, 2000 |
| Rule 26(a)(1) initial disclosures | June 12, 2000 |
| Moving for joinder of additional parties and amendment of pleadings | July 7, 2000 |
| Plaintiff's Rule 26(a)(2) disclosure re experts | July 7, 2000 |
| Defendant's Rule 26(a)(2) disclosure re experts | August 11, 2000 |
| Plaintiff's rebuttal Rule 26(a)(2) re experts | August 31, 2000 |

| | |
|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | October 13, 2000 |
| Discovery deadline; submission of status report | October 31, 2000 |
| Request for Admissions | November 6, 2000 |
| Dispositive pretrial motions deadline | December 1, 2000 |
| Trial: Two Week Period Beginning | February 12, 2001 |

_____
The Honorable Andre M. Davis
Judge, United States District Court for the District of Maryland

cc:   Christopher P. Kennedy, Esquire
       James G. Warwick, Esquire