UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

January 17, 2001

MEMORANDUM TO COUNSEL RE:   Baskerville v. United States of America
                            Civil No. AMD 00-147

    While I hope that you are successful in reaching an acceptable compromise of the claims in this case during your ADR process with Judge Grimm, this notifies you that I have scheduled a brief pre-trial conference in this case for Wednesday, January 31, 2001, at 4:30 p.m. The non-jury trial remains calendared for February 12, 2001.

    Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed to docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file