FILED
U.S. DISTRICT COURT
YLAND

2002 OCT -3  A 11: 53

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAKINA BASKERVILLE, et al.          *
                                    *
          Plaintiffs,               *
                                    *
     v.                             *    CIVIL ACTION NO. AMD-00-0147
                                    *
THE UNITED STATES OF AMERICA,       *
                                    *
          Defendant.                *
                        * * * * * * *

## STIPULATION OF DISMISSAL

Mr. Clerk:

        NOW COMES the plaintiffs, by and through counsel, and hereby voluntarily dismisses the

instant case with prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure.

                                    Respectfully submitted,

                                    Thomas M. DiBiagio
                                    United States Attorney

                                    By: _____

_____           James G. Warwick
Christopher P. Kennedy, Esquire     Assistant United States Attorney
Schochor, Federico and Staton, P.A. 6625 United States Courthouse
The Paulton, 1211 Saint Paul Street 101 West Lombard Street
Baltimore, Maryland 21202           Baltimore, Maryland  21201-2692
410-234-1000                        410-209-4860
Attorney for the Plaintiffs         Attorney for the Defendant


Approved and so Ordered this 10/4/02 day of August, 2002.

                                    _____
                                    THE HONORABLE PAUL W. GRIMM
                                    UNITED STATES MAGISTRATE JUDGE